**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Merle Reams, | No. CIV 10-640-TUC-GEE |
| Plaintiff, | **ORDER** |
| vs. | |
| Michael J. Astrue, Commissioner of Social Security, | |
| Defendant. | |

Pending before the court is the plaintiff's motion for attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  (Doc. 20)  The defendant filed a response explaining that the parties have reached a compromise settlement on the issue.  (Doc 22)  Accordingly,

IT IS ORDERED that the plaintiff's motion for attorney fees under the Equal Access to Justice Act is DENIED as MOOT.  (Doc. 20)

DATED this 9th day of November, 2011.

Glenda E. Edmonds
United States Magistrate Judge